AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Mark Owen Wittenmyer and Arvel Ray Henderson II<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) Case No.<br><br>3:14 MJ 7010 |

FILED 2014 FEB 28 PM 4:58 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO TOLEDO

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 8, 2013__ in the county of __United States__ in the __Northern__ District of __Ohio-Western Division__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, USC 1956 (a)(1)(B)(i) | Money laundering |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT made a part hereof

☑ Continued on the attached sheet.

*Complainant's signature*

Eric Robinson, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/28/2014

*Judge's signature*

Vernelis K. Armstrong, U.S. Magistrate Judge
*Printed name and title*

City and state: