UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
PASSPORT OR OTHER NON-CASH COLLATERAL RECEIPT

FILED
2014 FEB 21 AM 10: 33
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| Receipt of Passport or Other Non-Cash Collateral (Section 1) | |
|---|---|
| Name: Arvel Ray Henderson II | Case Number: 3:14MJ7005 |
| Address: Holland, Ohio 43528 | Passport Number: 218957974 |
| Judge: Vernelis K. Armstrong | Country of Origin: United States of America |
| | Expiration Date: 8/10/2016 |
| Date Rec'd: 2/21/2014 | |
| Description of Property Other than Passport: | |
| Signature of Individual Surrendering Passport/Other | Clerk's Signature |
| Print Name: Arvel Ray Henderson | Print Name: Lori Anne MacKenzie |

Original of Receipt Provided to Defendant or Individual
☐ Surrendering Passport or Other Non-Cash Collateral

| Return of Passport or Other Non-Cash Collateral (Section 2) | |
|---|---|
| Date Returned: | Rec'd by: |
| | Rec'd from: |
| Purpose Returned: | |
| Address (If Mailed): | |
| Signature of Individual Retrieving Passport/Other | Clerk's Signature |
| Print Name | Print Name |

S:\Forms\Financial\Passports\Passport Receipt Form.wpd