# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**United States of America,**

    Plaintiff(s),

    v.

**Arvel Ray Henderson, II,**

    Defendant(s).

**Case Number   3:14 MJ 7010**

**ORDER**

Upon review of this case, the undersigned finds it necessary to recuse himself from this proceeding pursuant to 28 U.S.C. §455(a).

Section 455(a) provides:

> (a) any justice, judge, or magistrate of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.

IT IS SO ORDERED.

 s/ James R. Knepp, II
United States Magistrate Judge